AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| Angel Castaneda-Garcia | ) Case No: 2:19-cr-176 |
| | ) USM No: 78487-061 |
| Date of Original Judgment: 09/15/2020 | ) |
| Date of Previous Amended Judgment: | ) Karen Savir, Esq. |
| *(Use Date of Last Amended Judgment if Any)* | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __70__ months **is reduced to** __64__.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __09/15/2020__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __02/09/2024__                                s/Edmund A. Sargus, Jr.
                                                                            *Judge's signature*

Effective Date: __02/01/2024__                      Edmund A. Sargus, Jr. United States District Judge
*(if different from order date)*                             *Printed name and title*